**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ABBAS | | HAIDER |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 16052621-PWB
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No

    Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent.........

    Do not state the dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | DAUGTHER | 15 | ☑ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☐ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4. $ _____ 2,200.00

    If not included in line 4:

    4a. Real estate taxes                                          4a. $ _____
    4b. Property, homeowner's, or renter's insurance               4b. $ _____
    4c. Home maintenance, repair, and upkeep expenses              4c. $ _____
    4d. Homeowner's association or condominium dues                4d. $ _____

Official Form 106J                              Schedule J: Your Expenses                              page 1

Debtor 1  ABBAS _____ HAIDER_____  Case number (if known) 16052621-PWB
          First Name  Middle Name  Last Name

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans        5.  $_____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas                                                   6a. $_____300.00
   - 6b. Water, sewer, garbage collection                                                 6b. $_____70.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services                   6c. $_____100.00
   - 6d. Other. Specify: _____                               6d. $_____

7. **Food and housekeeping supplies**                                                     7.  $_____500.00

8. **Childcare and children's education costs**                                           8.  $_____

9. **Clothing, laundry, and dry cleaning**                                                9.  $_____

10. **Personal care products and services**                                               10. $_____

11. **Medical and dental expenses**                                                       11. $_____100.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                          12. $_____100.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**                13. $_____

14. **Charitable contributions and religious donations**                                  14. $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance                                                                 15a. $_____
    - 15b. Health insurance                                                               15b. $_____
    - 15c. Vehicle insurance                                                              15c. $_____
    - 15d. Other insurance. Specify:_____                                    15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                           16. $_____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1                                                     17a. $_____
    - 17b. Car payments for Vehicle 2                                                     17b. $_____
    - 17c. Other. Specify:_____                                              17c. $_____
    - 17d. Other. Specify:_____                                              17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, Schedule I, Your Income (Official Form 106I).**                   18. $____12,500.00

19. **Other payments you make to support others who do not live with you.**
    Specify:_____                                            19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property                                                    20a. $_____
    - 20b. Real estate taxes                                                              20b. $_____
    - 20c. Property, homeowner's, or renter's insurance                                   20c. $_____
    - 20d. Maintenance, repair, and upkeep expenses                                       20d. $_____
    - 20e. Homeowner's association or condominium dues                                    20e. $_____

Official Form 106J                          Schedule J: Your Expenses                                page 2

Debtor 1  ABBAS               HAIDER            Case number (if known) 16052621-PWB
          First Name  Middle Name  Last Name

21. **Other.** Specify: _____    21.  +$ _____ 0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  $ _____ 16,200.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ _____ 16,200.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____ 4,500.00

    23b. Copy your monthly expenses from line 22c above.    23b.  –$ _____ 16,200.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.  $ _____ -11,700.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:

Official Form 106J            Schedule J: Your Expenses                    page 3